No. 03–5138.  HAYWOOD v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 03–5510.  SELLS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–5523.  MORA ZARAGOZA v. BACA, SHERIFF, LOS ANGELES COUNTY, CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 03–5528.  GALE v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 03–5544.  HODGES v. ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 03–5576.  MANZO-LOPEZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–5609.  WILLINGHAM v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5658.  CUEVAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–6035.  MARTIN v. LAMARQUE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–6036.  JOHNSON v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 03–6038.  PAULING v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 03–6039.  WILSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–6052.  TRIMBLE ET UX. v. SILVERN ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–6056.  SCHAPIRO v. SCHAPIRO.  Super. Ct. Pa.  Certiorari denied.